UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 37544
    SHERI ANN MYERS
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-3965
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/15/05 and confirmed on 11/04/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 6768.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4980.96 | .00 | 4717.26 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 256.22 | .00 | 242.66 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| JAMES A YOUNG & ASSOC | REIMBURSEMENT | 26.00 | .00 | 26.00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 26.00 | 5237.18 | .00 | 5263.18 |
| PRINCIPAL PAID | .00 | 26.00 | 4959.92 | .00 | 4985.92 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 26.00 | 4959.92 | .00 | 4985.92 |

The Debtor's attorney, JAMES A YOUNG & ASSOC        , was allowed $   1500.00 and was paid $   1500.00 .

The Trustee received $    282.08 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 01/13/09                /S/
                            GLENN STEARNS
```

CHAPTER 13 TRUSTEE

                              PAGE   2
     CASE NO. 05 B 37544 SHERI ANN MYERS